# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1602
Lower Tribunal No. 2023-SC-067298

_____

PAULO HENRIQUE DE OLIVEIRA, SR.,

Appellant,

v.

PALMETTO 4444 TIC I, LLC and RENT RECOVERY SOLUTIONS, LLC,

Appellees.

_____

Appeal from the County Court for Orange County.
Amanda S. Bova, Judge.

September 5, 2025

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").

STARGEL, NARDELLA and BROWNLEE, JJ., concur.

Paulo Henrique de Oliveira, Sr., Orlando, pro se.

Jonathan K. Aust, of Bedard Law Group, P.C., Duluth, Georgia, for Appellee, Rent Recovery Solutions, LLC.

No Appearance for Appellee, Palmetto 4444 Tic I, LLC.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED